UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cv-81501-RLR

LAWRENCE FELTZIN,

    Plaintiff,

v.

LEHIGH REAL ESTATE INVESTMENT,
LLC, a Florida Limited Liability Company,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, LAWRENCE FELTZIN, and Defendant, LEHIGH REAL ESTATE INVESTMENT LLC, hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this February 29, 2024.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/*Steven B. Grant* |
| ANTHONY J. PEREZ | STEVEN B. GRANT |
| Florida Bar No. 535451 | Florida. Bar No. 85017 |
| GARCIA-MENOCAL & PEREZ, P.L. | PO Box 424 |
| 350 Sevilla Avenue, Suite 200 | Boynton Beach, FL 33424 |
| Coral Gables, Fl 33134 | Telephone (561) 767-8750 |
| Telephone: (305) 553- 3464 | Email:  steven@grantlegal.com |
| Email:  ajperez@lawgmp.com | grantlegalfl@gmail.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this February 29, 2024.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Telephone: (305) 553-3464
Facsimile: (855) 205-6904
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
jreyes@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ
