UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cv-81501-RLR

LAWRENCE FELTZIN,

    Plaintiff,

v.

LEHIGH REAL ESTATE INVESTMENT,
LLC, a Florida Limited Liability Company,

    Defendant.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, LAWRENCE FELTZIN, ("Plaintiff"), and Defendant, LEHIGH REAL ESTATE INVESTMENT LLC ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on March 20, 2024.

| /s/ *Beverly Virues* | /s/*Steven B. Grant* |
|---|---|
| BEVERLY VIRUES | STEVEN B. GRANT |
| Florida Bar No. 123713 | Florida. Bar No. 85017 |
| GARCIA-MENOCAL, P.L. | PO Box 424 |
| 350 Sevilla Avenue, Suite 200 | Boynton Beach, FL 33424 |
| Coral Gables, Fl 33134 | Telephone (561) 767-8750 |
| Telephone: (305) 553- 3464 | Email:  steven@grantlegal.com |
| Email:  bvirues@lawgmp.com | grantlegalfl@gmail.com |
| *Counsel for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on March 20, 2024.

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Primary E-Mail:  bvirues@lawgmp.com
Secondary E-Mail: jacosta@lawgmp.com
aquezada@lawgmp.com

By: ___*/s/ Beverly Virues*
         BEVERLY VIRUES
         Florida Bar No.: 123713